Todd O. Maiden (SBN 123524)
    e-mail: tmaiden@reedsmith.com
Eric M. McLaughlin (SBN 200867)
    e-mail: emclaughlin@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Hoytt Enterprises, Inc., Gerald G. Hoytt and
Marinwood Plaza, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a 501(c)(3) non-profit public benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOYTT ENTERPRISES, INC., GERALD G. HOYTT, PROSPERITY CLEANERS, MARINWOOD PLAZA, LLC and DOES 1-30, inclusive,<br><br>Defendants. | No.: CV 09-3161 JL<br><br>[PROPOSED] **JUDGMENT PURSUANT TO TERMS OF SETTLEMENT AND RELEASE AGREEMENT**<br><br>Chief Magistrate Judge James Larson |

In the above-titled action, Plaintiff NORTHERN CALIFORNIA RIVER WATCH and Defendants HOYTT ENTERPRISES, INC., GERALD G. HOYTT and MARINWOOD PLAZA, LLC have agreed through their respective counsel that judgment be entered pursuant to the terms of the Settlement and Release Agreement entered into by the parties and attached hereto as **Exhibit 1**.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in this matter in accordance with the terms of the Settlement and Release Agreement attached hereto as **Exhibit 1**.

**IT IS SO ORDERED.**

June 25, 2010
DATED: _____                    _____
                                          U.S. MAGISTRATE JUDGE